1
2
3
4
5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. CR 06-0819 MMC |
| v. | ) | |
| | ) | |
| YOUNG HWAN PARK, | ) | [~~PROPOSED~~] ORDER |
| | ) | |
| | ) | RELATED CRIMINAL CASES |
| Defendant. | ) | |

This Court has considered the Stipulated Notice of Related Cases in a Criminal Action under Crim. L. R. 8-1, jointly filed by the United States and defendant Young Hwan Park. Because the assignment of <u>United States v. Young Hwan Park</u> to Judge Phyllis J. Hamilton is likely to conserve judicial resources and promote an efficient determination of the action, it is ordered that this case is transferred to Judge Hamilton.

Date: January 8 , 2007



IT IS SO ORDERED
Judge Phyllis J. Hamilton